## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DURRELLE D. BOWENS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-2648** |
| **SANDY MCCAIN, WARDEN** | **SECTION "J"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Durrelle D. Bowens' petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 3rd day of April, 2018.

_____
**UNITED STATES DISTRICT JUDGE**